

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-14-00362-CV

**IN RE GUARDIANSHIP OF TERRY L. GILMER AN INCAPACITATED PERSON**,

From the County Court at Law, Kendall County, Texas
Trial Court No. 13-070-PR
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The clerk's record was due June 30, 2014. The trial court clerk has filed a notification of late clerk's record, requesting an extension to August 5, 2014. We GRANT the request and ORDER the trial court clerk to file the clerk's record on or before August 5, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2014.

_____
Keith E. Hottle
Clerk of Court